UST-32, 3-99

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| WORTHY, JAMES EDWARD | ) | Case No. 08-04439 PHX GBN |
| WORTHY, CAPIUSKA IBANOGNA | ) | |
| | ) | APPLICATION FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO |
| Debtor(s) | ) | U.S. BANKRUPTCY COURT |
| | ) | |

Roger W. Brown, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 106 | 02/09/2010 | GE CONSUMER FINANCE<br>DBA SAMS CLUB<br>P.O. BOX 960061<br>ORLANDO, FL 32896-0661 | $251.11 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $ 251.11 to the Clerk of the Court to be deposited in the Registry thereof.

| | |
|---|---|
| June 10, 2010 | /s/ Roger W. Brown |
| Date | Roger W. Brown, Trustee |