UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>James & Capiuska Worthy<br><br><br>Debtor (s) | Chapter 13<br><br>Case Number 08-04439 |

**APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

There having been a dividend check in the above-named case issued to General Electric Company

in the amount of $ $251.11 and said check having not been cashed by said payee, the

Trustee pursuant to 11 U. S. C. § 347 (a) of the Bankruptcy Code paid this unclaimed money to

the Clerk, U. S. Bankruptcy Court, which was deposited in the United States Treasury.

Application is hereby made for the Clerk, U. S. Bankruptcy Court to pay this unclaimed money

to General Electric Company successor-ininterest to GE Consumer Finance dba Sam's Club .

**I declare under penalty of perjury that the information provided in this application for payment of unclaimed funds is true and correct.**

_____
*Signature required*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

IN RE:

    James & Capiuska Worthy

                        Debitor(s)

Case No. : 08-04439

Chapter: 13

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

      **IT APPEARING** that pursuant to an Order of this Court the amount of $ 251.11, was paid into the court by the Trustee, for deposit into the U.S. Bankruptcy Court's Unclaimed Funds Account, representing monies paid to _GE Consumer Finance_ original owner of record of funds (Claimant), which were not negotiated by said claimant; and

      **IT FURTHER APPEARING** that the Claimant has made an official request to the court for these funds to be paid, and the request and documents attached establish that the Claimant is entitled to Unclaimed Funds; and the court having verified that the funds are available for distribution to this Claimant, and for sufficient reasons appearing,

      **IT IS ORDERED** that the Clerk, U.S. Bankruptcy Court, shall process this request for a check to be issued from the Unclaimed Funds Account in the total amount of $251.11, payable to Transamerica Finance and send said check to payee at the following address: 4211 Metro Parkway, Ft. Myers FL 33916.

                                                                                                                            _____

                                                                                                                  United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| In Re: | |
|---|---|
| James & Capiuska Worthy | **Case Number:** 08-04439 |
| | **Chapter:** 13 |
| Debtor(s) | |

### NOTICE OF SERVICE

Notice is hereby given that on _____3/7/12_____, a copy of the Application for Payment of Unclaimed Funds was mailed to the office of the United States Attorney for the District of Arizona, **2 Renaissance Square, 40 North Central Avenue, Suite 1200, Phoenix, Arizona 85004.**

by: _____[signature]_____
**Signature Required**



Jamie S. Miller
Vice President and Controller

GE
3135 Easton Turnpike
Fairfield, CT 06828
USA

T +1 203 373 2444
F +1 203 373 3005
jamie.miller@ge.com

## Statement of Authority

The undersigned being duly sworn, states that the following individuals are authorized to execute claim documents on behalf of General Electric Company, General Electric Capital Corporation and its subsidiaries, as required for any and all claim(s) submitted for Unclaimed, Lost or Abandoned Property on the Company's behalf:

Bruce J. Squillante – Unclaimed Property Controller
Duane D. Rice – Project Initiatives Leader
Steven G. Niehaus – Manager, Payables Solutions
Maureen P. Carter – Operations Manager


GENERAL ELECTRIC COMPANY

_Jamie S. Miller_
Jamie S. Miller
Vice President and Controller
3135 Easton Turnpike – W3G
Fairfield, CT 06828
203-373-2444


Subscribed and sworn to me this 22nd day of December, 2011.

Notary signature: _Sharon DeDonato_

Printed name: _Sharon DeDonato_

My commission expires: _____

**SHARON DeDONATO**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JUNE 30, 2015

Jamie S. Miller
Vice President and Controller

GE
3135 Easton Turnpike
Fairfield, CT 06828
USA

T +1 203 373 2444
F +1 203 373 3005
jamie.miller@ge.com

## Statement of Authority

The undersigned being duly sworn, states that the following individuals are authorized to execute claim documents on behalf of General Electric Company, General Electric Capital Corporation and its subsidiaries, as required for any and all claim(s) submitted for Unclaimed, Lost or Abandoned Property on the Company's behalf:

Bruce J. Squillante – Unclaimed Property Controller
Duane D. Rice – Project Initiatives Leader
Steven G. Niehaus – Manager, Payables Solutions
Maureen P. Carter – Operations Manager

GENERAL ELECTRIC COMPANY

_____
Jamie S. Miller
Vice President and Controller
3135 Easton Turnpike – W3G
Fairfield, CT 06828
203-373-2444

Subscribed and sworn to me this 13th day of December, 2011.
Notary signature: _Sharon DeDonato_
Printed name: _Sharon DeDonato_

SHARON DEDONATO
NOTARY PUBLIC
MY COMMISSION EXPIRES JUNE 30, 2015

My commission expires: _____

---

Duane D Rice
Project Initiatives Leader

T +1 239 278 2653
F +1 239 278 2588
M +1 239 229 0991
Duane.Rice@ge.com
www.ge.com

4211 Metro Parkway
Ft Myers, FL 33916
US

GE

# General Electric Company 14-0689340
## 2010 Consolidated Federal Tax Return
## Tax Year Ending December 31, 2010

### Form 851 Part I Overpayment Credits, Estimated Tax Payments, and Tax Deposits

| Corp. No | Name and address of corporation | Empoyer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|
| 1 | General Electric Company | 14-0689340 | $ 36,794,664 | 0 |
| 2 | General Electric Capital Services, Inc. | 06-1109503 | 0 | 0 |
| 3 | GEFS Financing Corporation | 06-1224642 | 0 | 0 |
| 4 | General Electric Capital Corporation | 13-1500700 | 5,647 | 0 |
| 5 | AIRCRAFT SERVICES CORPORATION | 06-1032456 | 0 | 0 |
| 6 | GE Capital Commercial Asset Funding, Inc. | 06-1156016 | 0 | 0 |
| 7 | GE Capital Information Technology Solutions, Inc. | 94-1686094 | 0 | 0 |
| 8 | FULL SERVICE LEASING CORP. | 06-0973758 | 0 | 0 |
| 9 | GE Government Finance, Inc. | 41-1527085 | 0 | 0 |
| 10 | GE Capital Fleet Services International Holdings, Inc. | 41-1240002 | 0 | 0 |
| 11 | Transport Pool Corporation | 23-1728364 | 0 | 0 |
| 12 | Transport International Pool, Inc. | 22-1616203 | 0 | 0 |
| 13 | International Transportation & Space, Inc. | 23-2189818 | 0 | 0 |
| 14 | International Couriers Corporation | 51-0265422 | 0 | 0 |
| 15 | GE Capital Equity Capital Group, Inc. | 06-1028534 | 0 | 0 |
| 16 | GE Capital Markets, Inc. | 06-1076522 | 0 | 0 |
| 17 | Gelco Corporation | 36-2774566 | 0 | 0 |
| 18 | General Electric Capital Asia Investments, Inc. | 06-1159505 | 0 | 0 |
| 19 | General Electric Credit and Leasing Corporation | 13-6139483 | 0 | 0 |
| 20 | General Electric Capital Corporation of Puerto Rico | 06-1162726 | 0 | 0 |
| 21 | General Electric Credit Corporation of Delaware | 13-2797119 | 0 | 0 |
| 22 | General Electric Credit Corporation of Georgia | 58-0253970 | 0 | 0 |
| 23 | General Electric Credit Corporation of Tennessee | 06-0876201 | 394 | 0 |
| 24 | General Electric Credit Equities, Inc. | 06-1096511 | 0 | 0 |
| 25 | Partnership Financial Services, Inc. | 06-1156017 | 0 | 0 |
| 26 | General Electric Mortgage Corporation | 06-1052291 | 0 | 0 |
| 27 | GENERAL ELECTRIC POWER FUNDING CORPORATION | 14-1680245 | 0 | 0 |
| 28 | EAPD Bayou Cogeneration, Inc. | 14-1648845 | 0 | 0 |
| 29 | PSVO Bayonne, Inc. | 14-1684092 | 0 | 0 |
| 30 | General Electric Railcar Services Corporation | 06-1091596 | 0 | 0 |
| 31 | General Electric Railcar Repair Services Corporation | 06-1093099 | 0 | 0 |
| 32 | Crown Coach Incorporated | 33-0240746 | 0 | 0 |
| 33 | General Electric Railcar Wheel And Parts Services Corporation | 36-3530134 | 0 | 0 |
| 34 | General Electric Real Estate Equities, Inc. | 06-0984352 | 0 | 0 |
| 35 | Genstar Container Corporation | 94-2770444 | 0 | 0 |
| 36 | Marine Asset Rental Services, Inc. | 06-1167647 | 0 | 0 |
| 37 | Retailer Credit Services, Inc. | 36-2431002 | 0 | 0 |
| 38 | Polaris Holding Company | 06-1189363 | 0 | 0 |
| 39 | Polaris Aircraft Leasing Corporation | 94-2252695 | 0 | 0 |
| 40 | Polaris Investment Management Corporation | 94-2318987 | 0 | 0 |
| 41 | GE Capital Insurance Agency, Inc. | 06-0964298 | 0 | 0 |
| 42 | TIFD II INC. | 06-1154645 | 0 | 0 |
| 43 | TIFD V INC. | 06-1154653 | 0 | 0 |
| 44 | GE UK International Holdings, Inc. | 06-1154652 | 0 | 0 |
| 45 | GE Structured Finance, Inc. | 06-1154651 | 0 | 0 |
| 46 | TIFD III-A INC. | 06-1222201 | 0 | 0 |
| 47 | TIFD III-E INC. | 06-1222214 | 0 | 0 |
| 48 | TIFD III-F INC. | 06-1222215 | 0 | 0 |
| 49 | TIFD III-H INC. | 06-1222217 | 0 | 0 |
| 50 | TIFD III-J INC. | 06-1222220 | 0 | 0 |
| 51 | TIFD III-K INC. | 06-1222221 | 0 | 0 |
| 52 | Kidder Peabody International Corporation | 06-1130391 | 0 | 0 |
| 53 | NMHG Financial Services, Inc. | 06-1156013 | 0 | 0 |
| 54 | General Electric Real Estate Credit Corporation | 13-2771827 | 0 | 0 |
| 55 | Trafalgar Credit Corporation | 06-1047404 | 0 | 0 |
| 56 | Broadcast Management Services, Inc. | 14-1623118 | 0 | 0 |
| 57 | Lease Funding Corporation | 41-1632179 | 0 | 0 |
| 58 | GE Money Bank | 06-1236737 | 0 | 0 |